DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
AUG 5 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    KENNETH GERALD STOCKS and
CATHERINE DIANE MILLER

Chapter 13
Case No. 08-1-1747 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $65.75 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 010 | G ECHEVESTE/P R J THOMPSON ATTY<br>337 CRESTVIEW DRIVE<br>BONITA, CA 91902 | $65.75 |

Dated:   August 4, 2010

CECILIA MARCELO
Receipts Administrator

Case: 08-11747   Doc# 42   Filed: 08/05/10   Entered: 08/11/10 10:16:42   Page 1 of 1